UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
TWIN COUNTY HVAC/ REFRIGERATION,
LLC,

                    Plaintiff,

                                             **ORDER**
        -against-                              CV 10-2277 (LDW)(ARL)

AHOLD U.S.A. INC., et al.,

                    Defendants.
------------------------------------------------------------X
**LINDSAY, Magistrate Judge:**

       Before the court is the defendant Ahold U.S.A., Inc.'s ("defendant") letter motion dated August 19, 2013, seeking a limited extension of the August 27, 2013 discovery deadline for the limited purpose of conducting discovery based upon recently discovered information. Plaintiff has opposed the motion by letter dated August 20, 2013. Preferring to have the case decided on the merits, and noting that this is the first application for an extension of the discovery deadline, defendant's application is granted.

       Accordingly, the court will extend the discovery deadline to September 27, 2013, for that limited purpose. Any party planning on making a dispositive motion shall take the first step in the motion process by October 11, 2013. The final conference scheduled for September 24, 2013 is adjourned to October 15, 2013 at 11:00 a.m. The parties are directed to electronically file the proposed joint pretrial order prior to the final conference. No further extensions will be granted give District Judge Wexler's expectation that his cases be trial ready approximately one year from the date of filing

Dated: Central Islip, New York           **SO ORDERED:**
        August 21, 2013

                                        _____/s/_____
                                        ARLENE R. LINDSAY
                                        United States Magistrate Judge